Nash, J.
 

 The defendant has no reason to complain of the opinion upon this point- It was as favorable to him as it could be.
 

 f: In the course of the trial the plaintiff offered evidence to show, that he had by his agent sold the negro in Mississippi for $175. This was objected to by the defendant's counsel, as incompetent on the question of damages. The objection was over-ruled and the testimony admitted. The witness then, in answer to a question, stated, that in her diseased state the negro was not worth more than 75 or $100.
 

 There was no error in the admission of the evidence. The plaintiff was at liberty to show he had sold the slave, and, as a fact, to prove what he got for her. It did not establish her value, but was a fact, proper to be laid before the jury in the assessment of damages. The enquiry was, what was the extent oí the injury the plaintiff had sustained ? and the measure was the difference of the value of the negro, as sound, and diseased as she was — to be estimated by what she would bring in market. If the purchaser has sold, what he got for her may, or may not, assist the jury in estimating the damages. .It is a fact he may prove. But, if the evidence ought not to have been received, still the
 
 *315
 
 judgment should not be disturbed. It has done the defeii-■dant no injury, as it is evident the jury were not influenced in their verdict by the price given, but by the value fixed by the witness.
 

 Fffa
 
 Cum am. Judgment affirmed.